UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 3:08-cr-00117-LRH-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JERRY ALAN SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Defendant's Motion for Early Termination of Probation (#27). The Government has filed its response (#28). This is a case which involved a bank robbery wherein the bank teller was informed that the Defendant was carrying a sawed-off shotgun. The Defendant received a moderate prison sentence of only thirty (30) months and a similarly moderate term of supervised release of only two (2) years.

There were also underlying issues of prior criminal convictions and an extended arrest history, with some suggestion of alcohol and drug abuse.

Under the circumstances, this is clearly not a case for early termination of supervised release. Defendant's Motion for Early Termination of Probation (#27) will be treated as a motion for early termination of supervised release and such motion is hereby DENIED.

IT IS SO ORDERED.

DATED this 18th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE